# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF COLORADO

Civil Action No. 14-cv-03014-GPG

**CASEY D. EDEN**,

    Applicant,

v.

**T. COZZA-RHODES**,

    Respondent.

## ORDER TO FILE SUPPLEMENT TO PRELIMINARY RESPONSE

As part of the preliminary consideration of the amended Application for a Writ of Habeas Corpus Pursuant to 28 U.S.C. § 2241 (ECF No. 14) in this action, the Court ordered Respondent to file a Preliminary Response limited to addressing the affirmative defense of exhaustion of administrative remedies with respect to the execution of his sentence. On February 17, 2015, Respondent filed a Preliminary Response (ECF No. 23) that addresses the exhaustion question. In addition, on February 18, 2015, Respondent filed a "Status Report," which appears to indicate that Petitioner's sentencing credit claim now is moot.

Accordingly, it is

**ORDERED** that **within twenty-one (21) days from the date of this Order** Respondent shall file a supplement to the Preliminary Response that addresses whether Applicant's Application for sentencing credit now is moot. It is

**FURTHER ORDERED** that **within twenty-one (21) days of the filing of the supplement to the Preliminary Response** Applicant may file a Reply to the supplement, if he desires.

DATED March 26, 2015, at Denver, Colorado.

                                            BY THE COURT:

                                            s/Gordon P. Gallagher
                                            United States Magistrate Judge